```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALISIA BLAKELY,                                                  :
                                                                 :
                                        Plaintiff,               :
                                                                 :         1:21-cv-5979-GHW
                        -v -                                     :
                                                                 :              ORDER
MTA METRO-NORTH RAILROAD,                                        :
                                                                 :
                                        Defendant.               :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the conference held on August 29, 2022, Defendant's motion for summary judgment is DENIED.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

SO ORDERED.

Dated:  August 29, 2022
                                                          _____
                                                                   GREGORY H. WOODS
                                                                United States District Judge