UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISIA BLAKELY,

                Plaintiff,

-against-

MTA METRO-NORTH RAILROAD,

                Defendant.

1:21-cv-05979 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    IT IS HEREBY ORDERED that the pretrial conference date and the trial date set forth in the Court's Order, dated May 25, 2022 (ECF No. 19), are adjourned, but the deadline for submission of the Joint Pretrial Order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases remains December 12, 2022.

    IT IS FURTHER ORDERED that a jury trial in this case will begin on **April 17, 2023 at 10:00 a.m.** The Court will hold a final pretrial conference on **April 6, 2023** at 10:00 a.m. Both the final pretrial conference and the jury trial will be held in Courtroom 20B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

Dated: October 4, 2022
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge